[Decided January 30, 1888.]

## DAVID MARSH v. F. M. WADE.

APPEAL—STATEMENT OF FACTS, SETTLEMENT OF—WAIVER OF OBJECTIONS.—
The appeal act of 1883, relative to the removal of causes to the Supreme Court, provides that the facts may be transmitted, with the transcript of the cause, by giving the required notice, and that the parties shall appear before the judge before whom the cause was tried, who shall certify the settled facts: *Held*, that a party appearing without objecting that the place of hearing was outside of the judge's district and the district where the action was pending, waived such objection.

APPEAL from the District Court holding terms at Colfax. First District.

Motion to strike out the statement of facts, because not settled in the district where the action was pending.

*Messrs. Sullivan, Wolford & Sullivan,* and *Messrs. Allen & Crowley,* for the Appellee, urging the motion.

*Messrs. Doolittle & Pritchard,* and *Messrs. Cox, Smith & Teal,* for the Appellants, *contra.*

Per CURIAM.—Appellee moved to strike out the statement of facts herein, upon the ground that the same was settled and signed at Olympia, outside the district of the judge who tried the same and of the district where the action was pending. The statement referred to is that provided for in section 3 in the act relating to the removal of cases to this

court, passed in 1883.   Such statement is not jurisdictional, and the parties having appeared before the judge at Olympia, and there being heard without the objection being made, such objection, even if valid, was waived, and cannot now be raised.   We do not determine the question as to the validity of the objection, if taken in time, as it is not before us.   Motion denied